(100 South. 630)

### Ex parte Troup GLAZE. (5 Div. 895.)

(Supreme Court of Alabama. June 12, 1924.)

Certiorari to Court of Appeals.

Hooton & Hooton, of Roanoke, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

BOULDIN, J. Petition of Troup Glaze for certiorari to the Court of Appeals to review and revise the judgment and decision there rendered in the case of Glaze v. State, 100 South. 629.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.